**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CAROLINE TYERS, LISA HIGGINS, SHAPRAY HENDRICKS and LISA VERONA, | ) |
| Plaintiffs-Relators, | ) |
| v. | ) No. 13 cv 5784 |
| MOBILE DOCTORS USA, LLC, IN HOME DIAGNOSTICS, LLC, DIKE AJIRI, DAVE EVANS, and TYSON CONTRERAS, | ) Jury Trial Demanded |
| Defendants. | ) |

**PLAINTIFF-RELATORS' FRCP 41(a)**
**NOTICE OF VOLUNTARY DISMISSAL**

Now come Plaintiff-Relators, Cara Tyers, Lisa Higgins, Shapray Hendricks and Lisa Verona, by and through their counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss without prejudice their claims against Defendants Mobile Doctors USA, LLC, Dike Ajiri, and Tysyn Contreras. Nothing in this notice of dismissal is intended to alter or affect any of the Plaintiff's remaining claims against any of the other Defendants.

Respectfully submitted,

/s/ Roshna Bala Keen
One of Attorneys for Plaintiff

Michael Kanovitz
Roshna Bala Keen
Scott Rauscher
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900

**CERTIFICATE OF SERVICE**

I, Roshna Bala Keen, an attorney, hereby certify that on September 20, 2016, I filed the foregoing via the Court's CM/ECF system and thereby served a copy on all counsel of record.

/s/ Roshna Bala Keen